JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER,<br><br>    Petitioner,<br><br>    v.<br><br>MONA HOUSTON, Warden,<br><br>    Respondent. | Case No. EDCV 20-0222-MWF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action without prejudice.

DATED: January 11, 2021

                                                      MICHAEL W. FITZGERALD
                                                      UNITED STATES DISTRICT JUDGE